UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CAROL CLIFTON,<br><br>             Plaintiff,<br><br>  vs.<br><br>ALTEK, INC.,<br><br>             Defendant. | NO. CV-12-00337-JLQ<br><br>ORDER DIRECTING ENTRY OF JUDGMENT OF DISMISSAL WITH PREJUDICE |

    BEFORE THE COURT is the parties' "Stipulated Motion for Dismissal with Prejudice and without Costs" (ECF No. 17). Therein the parties state that this matter has been "fully settled and compromised". Accordingly,

    **IT IS HEREBY ORDERED**:

    1. The parties' Stipulated Motion for Dismissal (ECF No. 17) is **GRANTED**.

    2. The Clerk of this court shall enter judgment of dismissal with prejudice of the Complaint and the claims therein without an award of costs to either party.

    **IT IS SO ORDERED**. The Clerk of this court shall file this Order, enter Judgment, forward copies to counsel, and close this file.

    **DATED** this 25th day of April, 2013.

                              s/ Justin L. Quackenbush
                           JUSTIN L. QUACKENBUSH
               SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1